## McFARLANE *et al. v.* ROBERTSON *et al.*

BECK, J. **1.** The excerpts from the charge of the court excepted to were not error, under the decision of this court made when the case was formerly before this court. 137 *Ga.* 132 (73 S. E. 490).

2. There was no error in the other rulings of the court complained of; and the evidence, while sharply conflicting upon the material issues, authorized the verdict returned by the jury; and this verdict, having received the approval of the trial judge, will not be disturbed here.

*Judgment affirmed. All the Justices concur.*
AUGUST 18, 1914.

Equitable petition. Before Judge Mathews. Bibb superior court. July 18, 1913.

*Andrew W. Lane* and *Hardeman, Jones, Park & Johnston,* for plaintiffs in error. *J. E. Hall* and *L. D. Moore,* contra.

---

## HAMMOCK *v.* KEMP, administrator.

FISH, C. J. Under the law and facts of the case, the verdict rendered was not required, and the judge did not abuse his discretion in granting a first new trial. *Judgment affirmed. All the Justices concur.*
AUGUST 18, 1914.

Complaint for land. Before Judge Mathews. Houston superior court. June 21, 1913.

*L. D. Moore* and *J. B. Jackson,* for plaintiff in error.
*Hardeman, Jones, Park & Johnston,* contra.